# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Healthy Gulf, et al. | ) |
| :---: | :---: |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-00707-RBW |
| Bernhardt, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the American Petroleum Institute.

Date: 05/28/2019

/s/ Bradley K. Ervin
*Attorney's signature*

Bradley K. Ervin (No. 982559)
*Printed name and bar number*

Covington & Burling, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
*Address*

bervin@cov.com
*E-mail address*

(202) 662-5860
*Telephone number*

(202) 662-6291
*FAX number*